Argued and submitted June 29, reversed and remanded August 1, 2001

STATE OF OREGON,
*Appellant,*

*v.*

JERALD WILLIAM ROLAND,
*Respondent.*

996363; A109542

28 P3d 1246

Doug M. Petrina, Assistant Attorney General, argued the cause for appellant. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Beth Corbo, Deputy Public Defender, argued the cause for respondent. With her on the brief was David E. Groom, Public Defender.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Reversed and remanded. *State v. Wright,* 167 Or App 297, 999 P2d 1220, *on recons* 169 Or App 78, 7 P3d 738 (2000).